UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
AUG 17 2005
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-40009 |
| Plaintiff, | |
| vs. | FINDING OF PROBABLE CAUSE |
| MICHAEL BORDEAUX, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Wednesday, August 17, 2005. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The United States appeared by Assistant United States Attorney, John Ulrich.

Based upon the testimony of United States Probation Officer Judy Zimbelman, the court finds probable cause to believe that the defendant has committed the acts alleged in the Petition.

Dated at Sioux Falls, South Dakota, this 17 day of August, 2005.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By Shelly Margulies , Deputy

(SEAL)